IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ANDERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 08-808-SLR |
| FREDERICK FORD MERCURY, INC., | ) ) ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of March 17, 2010;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Frederick Ford Mercury, Inc. and against plaintiff James Anderson as to counts II, III, IV, and IX of the complaint. The complaint is dismissed without prejudice as to counts I, V, VI, VII, VIII, and X.

_____
United States District Judge

Dated: 3/17/2010

_____
(By) Deputy Clerk