# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

JAMES ANDERSON

DISTRICT COURT DOCKET NUMBER: NO. 08-808

v.

FREDERCIK FORD MERCURY INC

DISTRICT COURT JUDGE: SUE L. ROBINSON

Notice is hereby given that JAMES ANDERSON, PLAINTIFF (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [x] Judgment, [ ] Order, [ ] Other (specify) _____

entered in this action on MARCH 17, 2010

Dated: April 16, 2010 (date)

/s/ Maggie Clausell
(Counsel for Appellant-Signature)

Maggie Clausell
(Name of Counsel - Typed)
9 E Loockerman St. #205
(Address)
Dover DE 19901
(City, State Zip)
302-678-7644
(Telephone Number)

George T. Lees, III
(Counsel for Appellee)
300 Delaware Avenue, Ste. 1015
(Address)
Wilmington DE 19899
(City, State Zip)
302-778-1200
(Telephone Number)

**NOTE: USE ADDITIONAL SHEETS** if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.