# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-2117

James Anderson v. Frederick Ford Mercury Inc

1-08-cv-00808

## O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron,
Clerk

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

cc: James Anderson
George T. Lees III Esq.

Dated: December 16, 2010